# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SYLVIA DELGADO, RAMONA CRUZ and THERESA KING on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> EVEREST REAL ESTATE INVESTMENTS, LLP D/B/A ICON HOSPITAL, <br><br> Defendant. | Civil Action No. 4:18-cv-02471 |

## ORDER OF DISMISSAL

Having considered the Parties' joint stipulation to voluntarily dismiss this action, with prejudice (the "Stipulation");

**IT IS ORDERED THAT**:

The complaint and all claims against Defendant in the above styled proceeding are hereby **DISMISSED,** with prejudice. Each Party is to bear their own costs and fees.

Signed on __July 02__, 2020, at Houston Texas.

_____
Hon. Charles Eskridge
United States District Judge